UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD ADAMS, JR., ET AL.

VERSUS

UNITED RENTALS

CIVIL ACTION

NO. 16-237-JJB-EWD

## RULING AND ORDER

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes, dated September 8, 2016 (doc. no. 23) and the objection (doc. no. 24) filed by defendant.

The court hereby approves and adopts the Report and Recommendation with the caveat that the dismissal be **with** prejudice for essentially the same reasons cited by defendant in its objection. Plaintiffs have been given multiple opportunities and have failed to provide any indication that they even intend to proceed with this matter.

Accordingly, IT IS ORDERED that this matter be DISMISSED **with** prejudice due to plaintiffs' repeated failure to comply with court orders and deadlines.

Baton Rouge, Louisiana, this 28th day of September, 2016.

_____
JAMES J. BRADY, DISTRICT JUDGE